UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDIA HOLTON,

       Plaintiff,                              Case No.  1:16-CV-393

v.

                                            HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:     January 23, 2017                        /s/ Paul L. Maloney
                                                                   PAUL L. MALONEY
                                                                   UNITED STATES DISTRICT JUDGE